THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SARA B. CHASE, Appellant.

(Argued October 11, 1894; decided October 30, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made June 20, 1894, which affirmed a judgment of the Court of General Sessions of the Peace of the city and county of New York entered upon a verdict convicting defendant of the crime of manslaughter in the first degree.

*James Edward Graybill* for appellant.

*John D. Lindsay* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed. _____